UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,                               :

                              Plaintiff,     :

        -against-                                      :

ALLEN ALEXIS ABISADA GUZMAN,                   :

                           Defendant.   :

                                        :

-------------------------------------------------------------------- x

**21-CR-599 (ALC)**

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **May 10, 2022** at **3:30 p.m.**

SO ORDERED.

Dated:       New York, New York
              April 27, 2022

ANDREW L. CARTER, JR.
United States District Judge