UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                        Plaintiff,

      -against-

ALLEN ALEXIS ABISADA GUZMAN,

                      Defendant.
-------------------------------------------------------------- x

21-CR-599 (ALC)

<u>ORDER</u>

5-10-22

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **May 19, 2022** at **3:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            May 10, 2022

                                              ANDREW L. CARTER, JR.
                                              United States District Judge