

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 8, 2022

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _12-9-22_

Re: <u>United States</u> v. <u>Allen Alexis Abisada Guzman,</u> 21 Cr. 599 (ALC)

Dear Judge Carter:

Earlier today, I filed the Government's sentencing submission as to defendant Allen Alexis Abisada Guzman in this case. In the original filing, ECF Doc. No. 67, I inadvertently failed to redact the email address of the writer of a victim impact letter. In accordance with Section 13.25 of the Court's Electronic Case Filing Rules & Instructions (Feb. 1, 2019), I have refiled the sentencing submission with the redaction as ECF Doc. No. 68. I respectfully request that the original filing, ECF Doc. No. 67, be permanently sealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Alexander Li
Assistant United States Attorney
(212) 637-2265

cc: Jonathan Kaye, Esq. (*by ECF*)

The application is ✓ granted.
            ☐ denied.

_____
Andrew L. Carter Jr, U.S.D.J.
Dated: December 9, 2022
NY, New York

2019.07.08